Joseph S. Davidson (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael A. Muniz,<br><br>              Plaintiff,<br><br>     v.<br><br>Pro Recovery Systems, Inc.,<br><br>              Defendant. | Case No. 2:19-cv-05699-MTL<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that MICHAEL A. MUNIZ ("Plaintiff") and PRO RECOVERY SYSTEMS, INC. ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a dismissal with prejudice within 45 days.

DATED: January 14, 2020                     Respectfully submitted,

                                            **MICHAEL A. MUNIZ**

                                            By: */s/ Joseph S. Davidson*

                                            Joseph S. Davidson (Ill. Bar No. 6301581)
                                            **SULAIMAN LAW GROUP, LTD.**
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            +1 630-575-8181
                                            jdavidson@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                */s/ Joseph S. Davidson*