Joseph S. Davidson (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael A. Muniz, | Case No. 2:19-cv-05699-MTL |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| Pro Recovery Systems, Inc., | |
| Defendant. | |

NOW COMES the Plaintiff, MICHAEL A. MUNIZ, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, PRO RECOVERY SYSTEMS, INC., with prejudice, with both parties to bear their own attorney's fees and costs.

Dated: February 17, 2020             Respectfully submitted,

                                     **MICHAEL A. MUNIZ**

                                     By: */s/ Joseph S. Davidson*

                                     Joseph S. Davidson (Ill. Bar No. 6301581)
                                     **SULAIMAN LAW GROUP, LTD.**
                                     2500 South Highland Avenue
                                     Suite 200
                                     Lombard, Illinois 60148
                                     +1 630-575-8181
                                     jdavidson@sulaimanlaw.com

1